PUSEY & JONES CO. v. KATES et al. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by the Pusey & Jones Company against Norbert B. Kates, impleaded. No opinion. Motion denied, with $10 costs. Order filed.

RADLEY, Appellant, v. STEEL CABLE ENGINEERING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Richard Radley against the Steel Cable Engineering Company. No opinion. Judgment affirmed, with costs.

RADLEY, Appellant, v. STEEL CABLE ENGINEERING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Richard Radley against the Steel Cable Engineering Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, supra.

RANSOM, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Washington H. Ransom against Romeyn Brown. No opinion. Judgment and order affirmed, with costs.

REDFERN et al., Appellants, v. DE MUND et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 22, 1909.) Action by Arthur E. Redfern and another against John E. De Mund and others. No opinion. Interlocutory judgment affirmed, with costs.

REED, Respondent, v. FARRAND et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Albert Reed, as administrator, etc., against Edrick Farrand and another. No opinion. Judgment and the intermediate orders appealed from affirmed, with costs, and order denying motion for resettlement of case affirmed, with $10 costs.

REED, Respondent, v. TONKIN, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Mary Reed against Nathaniel Tonkin. No opinion. Judgment of the Municipal Court affirmed, with costs.

REILLY, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Action by Charles Reilly against the City of New York and others. A. F. Murray, for appellant. T. Connoly, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

REISER v. MOSS et al. (two cases). (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Ely J. Reiser against Isaac Moss and another. No opinions. Motions granted. Orders filed.

REXFORD et al., Respondents, v. TANNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Everett A. Rexford and others against Walter Tanner. No opinion. Judgment affirmed, with costs.

RICHARD, Respondent, v. MATHEWS, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Louis Richard against Gustave X. Mathews. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs.

RICHARDS v. KINDONER et al. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by Alfred Richards against Virginia Kindoner and others. No opinion. Interlocutory judgment affirmed, with costs.

RICHARDSON, Respondent, v. SYRACUSE UNIVERSITY, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Leona E. Richardson against the Syracuse University, impleaded. No opinion. Interlocutory judgment affirmed, with costs, with leave to appellant to plead over within 20 days upon payment of the costs of the demurrer and of this appeal.

RINGHEIM, Respondent, v. SCHLICHTEN, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Jacob Ringheim against George W. Schlichten. J. N. Daley, for appellant. S. D. Lasky, for respondent. No opinion. Order modified, by confining examination of defendant to the cause of action set forth in the complaint, and, as so modified, affirmed, without costs. Order filed.

In re RITTER PLACE. (Supreme Court, Appellate Division, First Department. October 15, 1909.) In the matter of Ritter Place. No opinion. Application granted. Settle order on notice.

ROBERTS, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Carl D. Roberts, by Ezra Roberts, his guardian ad litem, against the Erie Railroad Company. No opinion. Judgment modified, by striking out the words "on the merits," and, as so modified, unanimously affirmed, without costs.

ROBINSON, Respondent, v. CONSOLIDATED GAS CO., Appellant. (Supreme Court, Appellate Division, First Department. October 22, 1909.) Action by Anne Robinson, as administratrix, against the Consolidated Gas Com-